# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 11, 2018

## NO. 03-18-00646-CV

**Kristine Arlitt, Appellant**

**v.**

**Robert L. Ebeling, Jr., as Successor Trustee of the Nancy S. Ebeling Trust; Jean M. Ebeling, Trustee of the Nancy S. Ebeling Trust; and Blanco E. Ranch Ltd., Appellees**

## APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from multiple orders signed by the trial court. Appellees' have filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed because the Court lacks jurisdiction over the appeal. Therefore, the Court grants the motion and dismisses the appeal for want of jurisdiction. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.